IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION,

                                      No. 3:16-cv-01369-JCH

                Plaintiff,

                v.

HALPERN & ASSOCIATES, LLC and BARBARA
HALPERN, CPA,

                Defendants.    August 17, 2016

**NOTICE OF VOLUNTARY DISMISSAL**
**(FED. R. CIV. P. 41(a)(1)(A)(i))**

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Securities and Exchange Commission hereby gives notice that the above-captioned action is voluntarily dismissed as to the Defendants Halpern & Associates, LLC, and Barbara Halpern, CPA.

Dated:      New York, New York
               August 17, 2016

                                                   /s/ John J. Graubard
                                                   JOHN J. GRAUBARD (CT-05930),
                                                       Senior Trial Counsel

                                                  Attorneys for Plaintiff,
                                                 SECURITIES AND EXCHANGE COMMISSION
                                                 New York Regional Office
                                                 200 Vesey Street, Room 400
                                                 New York, NY 10281-1022
                                                 Tel.:        212-336-0084 (Graubard)
                                                 Fax:        212-336-1323
                                                 E-mail:    graubardj@sec.gov